FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2021

No. 04-20-00111-CR

Victor **ROMERO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 18-05-0132-CRA
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Luz Elena D. Chapa, Justice
Lori I. Valenzuela, Justice

On March, 23, 2021, appellant filed a "Motion Requesting Free Appeal Records." On April 7, 2021, this court issued an opinion affirming the conviction in appellant's underlying case. Therefore, appellant's motion is DENIED AS MOOT.

It is so **ORDERED** May 3, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT